### ROTHSCHILD ET AL. vs. BOWERS.

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

This case presents the same point with that of the same plaintiff *vs.* Ramsay, and must receive the same decision.

It is therefore ordered, adjudged, and decreed, that the judgment of the District Court be annulled, avoided and reversed. And, it is further ordered, adjudged, and decreed, that there be judgment for the defendant as in case of nonsuit, with costs in both courts.